PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| DAVID C. LETTIERI, | ) | |
| | ) | CASE NO.  4:23CV1690 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORTHEAST OHIO | ) | |
| CORRECTIONAL CENTER, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | [Resolving ECF Nos. 14 and 15] |

Pending is *Pro Se* Plaintiff David C. Lettieri's Motion for Reconsideration (ECF No. 14). He brought this *Bivens*[1] action asserting claims of cruel and unusual punishment against the Northeast Ohio Correctional Center ("NEOCC").  *See* Complaint (ECF No. 1).  On November 22, 2023, the Court dismissed the action pursuant to 28 U.S.C. § 1915(e) because *Bivens* claims cannot be brought against NEOCC.  *See Corr. Servs. Corp. v. Malesko*, 534 U.S. 61, 70 (2001). On December 22, 2023, Plaintiff's first Motion for Reconsideration (ECF No. 8) was received for filing.  The Court denied that Motion on February 21, 2024.  *See* Order (ECF No. 10).  On April 29, 2024, the Court received for filing Plaintiff's second post-judgment Motion, which he titled as a Motion to Vacate Judgment (ECF No. 11).  The Court denied that Motion on May 16, 2024.  *See* Order (ECF No. 12).  Plaintiff has now filed a second Motion for Reconsideration (ECF No. 14) asking the Court to vacate its denial of his second post-judgment Motion.

---

[1] *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

(4:23CV1690)

The Court has already addressed Plaintiff's arguments in his previous post-judgment Motions, and finds no need to address them for a third time.  For the reasons previously stated by the Court, Plaintiff's Motion for Reconsideration (ECF No. 14) is denied.  Plaintiff's appeal to the United States Court of Appeals for the Sixth Circuit was dismissed for want of prosecution.  *See Lettieri v. NEOCC*, No. 23-4023 (6th Cir. Sept. 20, 2024) (ECF No. 16).  This case is closed.  Plaintiff's Motion to Substitute Defendant With Acting Warden Douglas Fender (ECF No. 15) is denied as moot.  The Court will not accept any additional post-judgment Motions from Plaintiff in this case.  The Clerk's Office is instructed to return unfiled any such post-judgment Motion to Plaintiff.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

The Clerk of this Court is directed to issue a copy of this Order by regular mail to David C. Lettieri, #16091-509, FMC Devens, P.O. Box 879, Ayer, MA 01432.


    IT IS SO ORDERED.


 November 13, 2024                              /s/ Benita Y. Pearson
Date                                        Benita Y. Pearson
                                            United States District Judge

2